1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  ROBERT N. MICHAELS (PABN 200918)
   Special Assistant United States Attorney
5
       Defense Language Institute – Criminal Law
6      1336 Plummer Street, Building 275
       Monterey, CA  93944
7      Telephone: (831) 242-6394

8  Attorneys for Plaintiff

                    **FILED**

                    JUN 1 5 2010

                    RICHARD W. WIEKING
                    CLERK, U.S. DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No.: CR 09-00007 |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION |
| MICHAEL LEE BORDELON, | ) |
| Defendant. | ) |

1. The United States moves that all charges in the Information filed in the above captioned case on January 2, 2009 be dismissed.

2. The United States makes this motion in the interests of Justice.

                    JOSEPH P. RUSSONIELLO
                    United States Attorney

                    /s/ Robert N. Michaels
                    ROBERT N. MICHAELS
                    Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER          1
TO DISMISS INFORMATION
US v. MICHAEL LEE BORDELON

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: 6/15 2010

HOWARD R. LLOYD
United States Magistrate Judge